CARLO SANTINI, as Administrator of the Estate of LOUIS SANTINI, Deceased, Respondent, *v.* SUN PRINTING AND PUBLISHING ASSOCIATION, INC., Appellant, Impleaded with Another.

(Argued March 14, 1933; decided April 18, 1933.)

*John P. Carson* and *William A. Earl* for appellant.
*Victor Deutsch* and *Isidore Koeppel* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts. Held, that there is no evidence that the driver was the employee of the corporation. No opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE, J. Not voting: HUBBS, J.